# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| ANGELLICA ROBERTS, | ) |
| | ) |
| Movant, | ) |
| | ) |
| v. | ) CV616-138 |
| | ) CR614-023 |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent. | ) |

## ORDER

The Court previously issued a Report and Recommendation (R&R) advising dismissal of this 28 U.S.C. § 2255 motion. Doc. 30, [1] *see* doc. 29 (motion). Movant Angellica Roberts also moved for appointment of counsel. Doc. 28.

The Rules Governing § 2255 Cases provide that appointment of counsel is proper if an evidentiary hearing is needed or if certain discovery is required, provided that the movant qualifies under 18 U.S.C. § 3006A(g). Rules 6(a), 8(c). As reflected in the R&R, Roberts has demonstrated her ability to file appropriate pleadings seeking §

---

[1] The Court is citing to the criminal docket in CR614-023 unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

2255 relief and neither an evidentiary hearing nor discovery are necessary to resolve her case on the merits. *Jones v. United States*, 2016 WL 3476429, at *4 n.5 (S.D. Ga. June 21, 2016), *adopted*, 2016 WL 4472973 (S.D. Ga. Aug. 24, 2016); *Bing v. United States*, 2015 WL 4092699 at * 3 (S.D. Ga. July 6, 2015). Movant's application for appointment of counsel is therefore **DENIED**.

**SO ORDERED,** this  19th  day of January, 2017.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA